UNITED STATES of America, Plaintiff–Appellee,

v.

Troy ROLLE, Defendant–Appellant.

No. 01–7120.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Troy Rolle, pro se. Isaac Louis Johnson, Jr., Office of the United States Attorney, Greenville, SC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Troy Rolle seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Rolle,* Nos. CR–97–608; CA–01–373–7–20 (D.S.C. filed Apr. 9, 2001; entered Apr. 11, 2001); *see also United States v. Sanders,* 247 F.3d 139, 142 (4th Cir.2001) (holding that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review). We dispense with oral argument because

**228**

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

CA–01–2764–2–18AJ (D.S.C. Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.